Case No. 13-1654

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

DOMINO'S FARMS CORPORATION; THOMAS MONAGHAN

    Plaintiffs - Appellees

v.

KATHLEEN SEBELIUS, in her official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; SETH D. HARRIS, in his official capacity as Acting Secretary of Labor; U.S. DEPARTMENT OF LABOR; JACOB J. LEW, in his offiical capacity as Secretary of Treasury; UNITED STATES DEPARTMENT OF TREASURY

    Defendants - Appellants

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                              **ENTERED BY ORDER OF THE COURT**
                              Deborah S. Hunt, Clerk

Issued: October 23, 2014

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 23, 2014

Ms. Alisa B. Klein
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Erin Elizabeth Mersino
Thomas More Law Center
P.O. Box 393
Ann Arbor, MI 48106

Mr. Mark B. Stern
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Re: Case No. 13-1654, *Domino's Farms Corporation, et al v. Kathleen Sebelius, et al*
Originating Case No. : 2:12-cv-15488

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Jill Colyer
Case Manager
Direct Dial No. 513-564-7024

cc: Ms. Brigitte Amiri
Ms. Kimberlee Wood Colby

Mr. Charles E. Davidow
Ms. Ayesha N. Khan
Mr. Gregory M. Lipper
Mr. Daniel Mach
 Caitlin E. O'Connell
Ms. Martha Jane Perkins
Mr. Bruce Harvey Schneider
Ms. Mailee Rebecca Smith
Ms. Camilla B. Taylor
Mr. David J. Weaver

Enclosure

No mandate to issue