IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DOMINO'S FARMS CORPORATION; and THOMAS MONAGHAN, Owner of Domino's Farms Corporation, | Case No. 2:12-cv-15488 |
| | Hon. Lawrence P. Zatkoff |
| Plaintiffs, | Magistrate Judge Michael Hluchaniuk |
| v. | |
| SYLVIA BURWELL, *et al.*, | |
| Defendants. | |
| _____/ | |

## INJUNCTION AND JUDGMENT

In light of the Supreme Court's decision in *Burwell v. Hobby Lobby Stores, Inc.*, 134 S. Ct. 2751 (2014),

IT IS HEREBY ORDERED that defendants, their employees, agents, and successors in office are enjoined

(a) from enforcing

   (1) the "June 30, 2014 Contraceptive Coverage Requirement," defined here to include those provisions of federal law in existence on June 30, 2014, when the Supreme Court decided *Hobby Lobby*, that require plaintiff Domino's Farms Corporation to provide its employees with health coverage for contraceptive methods, sterilization procedures, and related patient education and counseling to which plaintiffs object

      on religious grounds, *e.g.*, 26 C.F.R. § 54.9815-2713(a)(1)(iv); 29 C.F.R. § 2590.715-2713(a)(1)(iv); 45 C.F.R. § 147.130(a)(1)(iv); and

(2) any penalties, fines, or assessments for noncompliance with the June 30, 2014 Contraceptive Coverage Requirement, including those found in 26 U.S.C. § 4980D, and 29 U.S.C. §§ 1132 and 1185d; and

(b) from taking any other actions based on noncompliance with the June 30, 2014 Contraceptive Coverage Requirement against plaintiff Domino's Farms Corporation its employee health plan(s), the group health coverage provided in connection with such plan(s), and/or Domino's Farms Corporation's health insurance issuers and/or third-party administrators with respect to Domino's Farms Corporation's health plan(s);

IT IS FURTHER ORDERED that judgment is entered in favor of plaintiffs and against defendants on plaintiffs' claim under the Religious Freedom Restoration Act, 42 U.S.C. §§ 2000bb *et seq.*;

IT IS FURTHER ORDERED that all other claims against Defendants are DISMISSED;

IT IS FURTHER ORDERED that the Parties will meet and confer to reach agreement on attorneys' fees and costs. The Parties will file a joint status report, including a recommendation for further proceedings, by no later than January 12, 2015. If there is no resolution of the attorneys' fees and costs matter, Plaintiffs may

file a motion for attorneys' fees and costs within thirty days of January 12, 2014, pursuant to Federal Rule of Civil Procedure 54; and

IT IS FURTHER ORDERED that this injunction and Judgment does not apply with respect to any changes in statute or regulation that are enacted or promulgated after this date, and nothing herein prevents plaintiffs from filing a new civil action to challenge any such future changes.

Date:  December 3, 2014         s/Lawrence P. Zatkoff
                                The Honorable Lawrence P. Zatkoff
                                United States District Judge